COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

DAVID PAUL HEALY,                          §              No. 08-17-00027-CV

               Appellant,              §              Appeal from the

v.                                                          §              352nd District Court

SIMONE BARRON,                              §              of Tarrant County, Texas

               Appellee.               §              (TC# 352-286480-16)

§

# O R D E R

This Court has received and filed Appellee's suggestion of bankruptcy under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 16th day of January, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.